United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JULIO FAMIGLIETTI,<br><br>    Defendant.<br>_____/ | No. 4-07-70128 WDB<br><br>ORDER RE DISCLOSURE OF REQUESTED PRETRIAL DOCUMENTS |

For use in determining whether to file charges for contempt of court, the United States has requested from the court's Pretrial Services Agency the disclosure of documents pertaining to the whereabouts of Defendant, who, while under the supervision of Pretrial Services, failed to appear at a hearing in Texas and has absconded. By letter dated April 9, 2007, Pretrial Services has asked the Court to decide whether disclosure of this information is appropriate in light of Judicial Conference Guidelines that restrict Pretrial Services from disclosing information that is confidential and that may lead to the prosecution of a defendant under its supervision. *See* 18 U.S.C. § 3153(c)(1).

The Court has reviewed the material provided with the Pretrial Services memorandum of April 9, 2007, and the Minute Order from the Texas court reflecting Defendant's failure to appear there on April 5, 2007. Given the circumstances, it is the Court's view that the Guidelines that are the source of sensitivity about disclosure of confidential information

received by Pretrial Services are aimed at preventing disclosure of information about a defendant that is of a *personal* nature, but not the kind of information sought in this instance by the government. The documents sought by the United States consist of communications or logs that disclose *only* objective, non-personal information about directives given to Defendant, or when he was present at the half-way house. Disclosure of this information does not run afoul of the Guidelines and, indeed, falls squarely within the exceptions outlined in Sections 3153(c)(2) and (c)(3).

For these reasons, and because Defendant failed to appear, it is appropriate to disclose to the Assistant United States Attorney the specific categories of documents she requested in her letter of April 5, 2007.

IT IS SO ORDERED.

Dated: April 11, 2007

WAYNE D. BRAZIL
United States Magistrate Judge

Copies to:
stats, Silvio Lugo and
Victoria Gibson (Pretrial Services),
Michelle Morgan-Kelly (AUSA)